**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | Criminal Action No. RDB-21-0306 |
| SEYI PETER OJO, | * | |
| *Defendant.* | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MEMORANDUM ORDER**

The Defendant has filed a Motion to Amend Supervised Release Conditions (ECF No. 83), which noted the opposition of the U.S. Probation Office, (*id.* ¶ 13). The Government has filed its Opposition to Defendant's Motion to Modify Conditions of Supervised Release (ECF No. 84) noting its opposition.

The Court having reviewed the submissions, it is HEREBY ORDERED this 23rd day of July 2026 that said Motion (ECF No. 83) is DENIED.

/s/_____
Richard D. Bennett
United States Senior District Judge